# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NEREIDA ARCE,<br><br>        Plaintiff,<br><br>vs.<br><br>MACY'S CORPORATE SERVICES, INC., *et al.*,<br><br>        Defendants. | 2:18-cv-01561-JAD-VCF<br>**ORDER** |

Before the court is *Nereida Arce v. Macy's Corporate Services, Inc., et al.*, case number 2:18-cv-01561-JAD-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 3:00 p.m., November 2, 2018, in Courtroom 3D. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1

DATED this 22nd day of October, 2018.

                                                                                                   _____
                                                                                                   CAM FERENBACH
                                                                                                   UNITED STATES MAGISTRATE JUDGE