Lisa A. McClane, Bar No. 10139
Joshua A. Sliker, Bar No. 12493
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
lisa.mcclane@jacksonlewis.com
joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Macy's Corporate Services*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEREIDA ARCE, an individual; | Case No. : 2:18-cv-01561-JAD-VCF |
| Plaintiff, | |
| v. | |
| STEVE ORTIZ, an individual; and MACY'S CORPORATE SERVICES, INC., a foreign corporation; and DOES 1 through 20, inclusive; ROE CORPORATIONS, 1through 20, inclusive; | **STIPULATION AND ORDER TO REFER MATTER TO THE COURT'S EARLY NEUTRAL EVALUATION PROGRAM** |
| Defendants. | |

Defendant Macy's Corporate Services, Inc. ("Defendant"), by and through its counsel of record, Jackson Lewis P.C., and Plaintiff Nereida Arce ("Plaintiff"), by and through her counsel of record, Kang & Associates, PLLC, hereby respectfully request that the above-captioned matter be referred to the Court's Early Neutral Evaluation ("ENE") program for a settlement conference.

Local Rule 16-6 provides that "all employment-discrimination actions filed in this court must undergo early neutral evaluation as defined by this rule." This case involves allegations of sexual harassment in the workplace. Compl. at ¶¶41-51. Accordingly, this matter should be subject the early neutral evaluation requirement.

Additionally, because the lawsuit was filed on July 10, 2018 and Defendant answered the Complaint on August 24, 2018, the parties further request that the matter be set for an ENE hearing at the Court's earliest convenience.


Dated: October 22, 2018                          Dated: October 22, 2018


/s/Lisa A. McClane                               /s/Patrick W. Kang
Lisa A. McClane                                  Patrick W. Kang
Joshua A. Sliker                                 Kyle R. Tatum
JACKSON LEWIS P.C.                               Kang & Associates, PLLC
3800 Howard Hughes Parkway, Suite 600            6480 W. Spring Mountain Rd., Suite 1
Las Vegas, Nevada 89169                          Las Vegas, Nevada 89146

*Attorneys for Defendant*                        *Attorneys for Plaintiff*
*Macy's Corporate Services*


                                                 **IT IS SO ORDERED.**
                                                                              2018
                                                           22nd
                                                 Dated this ____ day of October, ~~2019~~


                                                 _____
                                                 MAGISTRATE/JUDGE


4834-4625-1634, v. 1