# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEREIDA ARCE, | Case No.: 2:18-cv-01561-JAD-VCF |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 18] |
| MACY'S CORPORATE SERVICES, INC., *et al.*, | |
| Defendant(s). | |

Pending before the Court is a stipulation to reschedule the Early Neutral Evaluation ("ENE"), Docket No. 18, which is **GRANTED**. The ENE is hereby rescheduled to **9:30 a.m. on January 31, 2019** in the chambers of the undersigned Magistrate Judge. Written evaluations are due no later than 3:00 p.m. on January 24, 2019. All other requirements in the Court's scheduling order at Docket No. 17 remain in effect.

IT IS SO ORDERED.

Dated: November 6, 2018

Nancy J. Koppe
United States Magistrate Judge