Lisa A. McClane, Bar No. 10139
Joshua A. Sliker, Bar No. 12493
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
lisa.mcclane@jacksonlewis.com
joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Macy's Corporate Services*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEREIDA ARCE, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STEVE ORTIZ, an individual; and MACY'S CORPORATE SERVICES, INC., a foreign corporation; and DOES 1 through 20, inclusive; ROE CORPORATIONS, 1 through 20, inclusive;<br><br>Defendants. | Case No. : 2:18-cv-01561-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 25 |

IT IS HEREBY STIPULATED by and between Plaintiff NEREIDA ARCE (hereinafter "Plaintiff") and Defendant MACY'S CORPORATE SERVICES, INC., (hereinafter "Defendant") by and through their undersigned counsel, that all claims Plaintiff had or may have against Defendant, that are contained in, reasonably related to, or could have been brought in the

///
///
///
///
///
///
///
///

above-captioned action, are hereby dismissed with prejudice in their entirety.

Dated: March 7, 2019                                     Dated: March 7, 2019


 /s/ *Lisa A. McClane*                                      /s/ *Patrick W. Kang*
Lisa A. McClane                                          Patrick W. Kang
JACKSON LEWIS P.C.                                       Kang & Associates, PLLC
3800 Howard Hughes Parkway, Suite 600                    6480 W. Spring Mountain Rd., Suite 1
Las Vegas, Nevada 89169                                  Las Vegas, Nevada 89146
 *Attorneys for Defendant Macy's*                         *Attorneys for Plaintiff*


## ORDER

   IT IS HEREBY ORDERED that the **claims against defendant Steve Ortiz are DISMISSED** under FRCP 4(m) without prejudice because proof of service on Ortiz was never filed, and this court's 10/22/18 order [ECF No. 9] advised the plaintiff that her claims against Ortiz may be dismissed without prejudice if she failed to file proof of service by 11/21/18.

   And based on the remaining parties' stipulation **[ECF No. 25]** and good cause appearing, IT IS FURTHER ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 12, 2019